## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Samantha Sosa, being first duly sworn, do hereby depose and state:

## BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since August 2023. I am currently assigned to the FBI's San Juan Division, and I am part of the Violent Crimes and Major Offenders Task Force. As a Special Agent, I have received training in a wide variety of investigative topics to include topics in violent crimes and various other matters within the authority of the FBI. Prior to my employment with the FBI I was a sworn police officer with the Los Angeles Police Department from October 2021 to August 2023.

2. I am a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code.

3. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause for certain violations of law. Therefore, I have not included all of the facts of this investigation.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that **TEDRIN IAN MONTIQUE** violated 18 USC § 111(a)(1) ("Assaulting, resisting, or impeding certain officers or employees").

**FACTS IN SUPPORT OF PROBABLE CAUSE**

5. The following is based on interviews and statements provided by Transportation Security Administration (TSA) employees involved in the incident and video surveillance that I have reviewed. The TSA is an agency of the United States Department of Homeland Security (DHS).

6. On February 13, 2024, TEDRIN IAN MONTIQUE approached the TSA check point at the Luis Munoz Marin Airport (SJU) where he was asked for his identification. MONTIQUE ignored the TSA officer and continued walking towards the metal detector. When a TSA Officer attempted to stop MONTIQUE by giving commands, MONTIQUE ran through the Walk-Through Metal Detector (WTMD) and attempted to gain access to the sterile area of SJU without following the proper security screening procedures and forcibly resisted attempts to stop him. Multiple TSA officers were needed to restrain MONTIQUE.

7. Below are still shots from the video surveillance:








8. According to publicly available data on the Federal Aviation Administration's website, SJU is classified as a Commercial Airport – Primary.[1]

9. The TSA Officers who were stationed at the WTMD are Federal employees (and employees of the United States) who had security duties—namely, they were responsible for controlling access to the sterile areas of SJU. MONTIQUE's actions in running past the TSA Officer and needing to be restrained interfered with those TSA Officers' security duties.

---

[1] https://www.faa.gov/sites/faa.gov/files/2022-10/ARP-NPIAS-2023-Appendix-A.pdf

10. Based on the facts set forth above, I respectfully submit that there exists probable cause to charge TEDRIN IAN MONTIQUE with violations of 18 USC § 111(a)(1) ("Assaulting, resisting, or impeding certain officers or employees").

_____
Samantha Sosa
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:15 p.m. in San Juan, Puerto Rico on February __14__, 2024.

_____
Bruce J. McGiverin
United States Magistrate Judge
District of Puerto Rico